UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL JAMES LONGS BEY,

      Plaintiff,

v.                                       Case No:  8:25-cv-02026-JLB-CPT

JUSTIN RIVERA, CASSIDY
GRIFFIN, LUCAS REINA, and
PRODIGY CONTRACTING GROUP
INC.,

      Defendants.

_____/

## ORDER

The Magistrate Judge has entered a Report and Recommendation (Doc. 17), recommending that Plaintiff's motion to proceed *in forma pauperis* (Doc. 15) be **DENIED**.  No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 17) is **ADOPTED** and made a part of this Order for all purposes.

2. Plaintiff's motion to proceed *in forma pauperis* (Doc. 15) is **DENIED**.

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**.

4. The Court grants Plaintiffs leave to, within 30 days of the date of this Order, file an amended complaint that sufficiently pleads one or more causes of action and a proper motion to proceed *in forma pauperis* that establishes Plaintiff's indigency.

5. Plaintiff is **DIRECTED** to secure counsel before filing an amended complaint, should he wish to pursue any claims *on behalf of Solid Solution LLC*.

6. If Plaintiff fails to abide by any of the directives mentioned above, the Court may dismiss his case without further notice.

**ORDERED** in Tampa, Florida, on April 6, 2026.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE